Prob 12C

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PETITION FOR WARRANT OR SUMMONS FOR
OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **Offender Name:** | Salvador Castaneda VARGAS |
| **Docket Number:** | 2:02CR00300-001 |
| **Offender Address:** | Arizona Detention Center or BOP facility |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/21/2003 |
| **Original Offense:** | 21 USC 846, 841(a)(1) - Conspiracy to Manufacture Marijuana (CLASS A FELONY) |
| **Original Sentence:** | 30 months BOP; 5-year TSR; $100 Special Assessment |
| **Special Conditions:** | If deported, defendant shall not return to the United States without consent of the Secretary of the Department of Homeland Security, upon any re-entry, defendant shall report to the United States Probation Office within 72 hours; warrantless search. |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/18/2004 |
| **Assistant U.S. Attorney:** | Kenneth J. Melikian          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Steve E. Teich          **Telephone:** (415) 864-5494 |

RE:   Salvador Castaneda VARGAS
      Docket Number:  2:02CR00300-001
      **PETITION FOR WARRANT OR SUMMONS**
      **FOR OFFENDER UNDER SUPERVISION**

## PETITIONING THE COURT

**( X )   TO ISSUE A WARRANT**

**(  )    TO ISSUE A SUMMONS**

**(  )    OTHER:**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**      **Nature of Violation**

**Charge 1:**          **NEW LAW VIOLATION**

On or about March 29, 2006, Vargas was found in the United States near San Luis, Arizona, within the District of Arizona, after having previously been deported on August 18, 2004.  His presence in the United states is in violation of 8 USC 1326 - Deported Alien Found in the United States.  A criminal complaint was filed in the District of Arizona.  The defendant's re-entry is in violation of the general condition directing him not to commit any other federal, state, or local crime.

**Justification:**  The defendant is a flight risk as evidenced by his illegal status in the United States.  It is recommended a warrant be issued and placed as a detainer.

**RE:    Salvador Castaneda VARGAS
        Docket Number:  2:02CR00300-001
        PETITION FOR WARRANT OR SUMMONS
        FOR OFFENDER UNDER SUPERVISION**

**Bail/Detention:**    It is recommended the defendant be held without bail.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:    April 4, 2006
                    Sacramento, California
                    KAM:kam

                    Respectfully submitted,

                    /s/ kam
                    **KAREN A.  MEUSLING**
                    **Supervising United States Probation Officer**
                    Telephone: (916) 930-4321

RE:    Salvador Castaneda VARGAS
       Docket Number:  2:02CR00300-001
       **PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( X )   The issuance of a warrant        (  )   Bail set at $ __        ( X )   No Bail

(  )    The issuance of a summons (copy to Defense Counsel).

(  )    Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

(  )    Defendant is ordered detained, to be brought before District Judge forthwith.

(  )    Initial appearance and detention hearing before Magistrate Judge.


Dated:  April 19, 2006

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge


cc:    United States Probation
       Kenneth J. Melikian, Assistant United States Attorney
       Steve E. Teich, Defense Counsel
       United States Marshal Service

Attachment:  Presentence Report   (Sacramento only)

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE:    Salvador Castaneda VARGAS
                              Docket Number: 2:02CR00300-001

Your Honor:

In addition to a copy of the **Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

    **A.**    **Evidence:**

        (1)    Criminal Complaint dated March 30, 2006, filed in the District of Arizona, alleging a felony violation of 8 USC 1326 - Deported Alien Found in the United States, and a misdemeanor violation of 8 USC 1325 - Illegal Entry.

        (2)    The Statement of Factual Basis attached to the Complaint.

        (3)    Record of Deportable /Inadmissable Alien, INS Form I-213.

    **B.**    **Witnesses:**

        (1)    None.

        Respectfully submitted,

        /s/ kam
        **KAREN A. MEUSLING**
        **Supervising United States Probation Officer**

**DATED:**    April 4, 2006
        Sacramento, California
        KAM:kam

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name: Salvador Castaneda VARGAS    Docket Number:  2:02CR00300-01**

**Date of original offense:** 06/13/2002

**Original term of supervised release imposed:** 5 **years**

**Highest grade of violation alleged:**           B

**Criminal History Category of offender:**       I

**Chapter 7 range of imprisonment:** 4 **to** 10 **months**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

__X__    **Class A felony: 5 years**

**Violation requires mandatory revocation:  YES: __     NO:  _X_ .**

**Original offense committed after 09/13/94**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94**:  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002**:  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.