

```
 1
 2
 3
 4
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,
13          Plaintiff,                  CR.S-02-0300-GEB
14     vs.                              DETENTION ORDER
                                        (Violation of Pretrial Release, Probation or
15  SALVADOR CASTANEDA VARGAS,          Supervised Release)
16          Defendant.
                                   /
17
        X   After a hearing pursuant to 18 U.S.C. § 3148 (violation of pretrial release order), the
18          court finds:
19         X    There is probable cause to believe the person has committed a federal, state
                or local crime while on release and the defendant has not rebutted the
20              presumption that his release will endanger another or the community or
21         ___  There is clear and convincing evidence that the defendant has violated
                another condition of release and
22
           ___  based on the factors set forth in 18 U.S.C. § 3142 (g) there is no condition or
23              combination of conditions of release that will assure that the defendant will
                not flee or pose a danger to the safety of another person or the community or
24
           ___  the person is unlikely to abide by any condition or combination of conditions
25              of release.  F.R.Cr.P. 32.1(a)(D),46(c), 18 U.S.C. § 3148.
26         X    Pursuant to F.R.Cr.P.32.1(a) and 46(c) and 18 U.S.C. § 3143 (violation of
                probation or supervised release) the court finds defendant has not met his
                burden of establishing by clear and convincing evidence that he will not flee
```

1  or pose a danger to another person or to the community.

2  IT IS ORDERED that pursuant to 18 U.S.C. § 3142(I)(2)(4) defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent
3  practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with his counsel.
4  Upon further order of a court of the United States or request of an attorney for the United States the person in charge of the corrections facility in which defendant si confined shall deliver defendant
5  to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

6

7  Dated: 6/23/06

                                    /s/ Dale A. Drozd

8  Dale A. Drozd,
UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26